IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| NATHAN PALMA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-17-489-R |
|  | ) |  |
| NANCY A. BERRYHILL, | ) |  |
| Acting Commissioner of Social | ) |  |
| Security Administration, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

# ORDER

Plaintiff filed this action for review of the Social Security Commissioner's final decision that he was not "disabled" under the terms of the Social Security Act, 42 U.S.C. §§ 405(g), 423(d)(1)(A). The Court referred the matter to Magistrate Judge Gary Purcell for review consistent with 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3) and Fed. R. Civ. Pro. 72(b). *See* Doc. 12. On December 21, 2017, Judge Purcell issued a Report and Recommendation wherein he recommended that the Commissioner's decision be affirmed. *See* Doc. 15. The record reflects that neither party has filed an objection to the Report and Recommendation or motion for additional time in which to object, and the time for such objections has run. Accordingly, the Report and Recommendation (Doc. 15) is hereby ADOPTED IN ITS ENTIRETY. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED this 11th day of January, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE